UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Rule 45 Subpoena Directed to HostForWeb Inc. | Case No.: 2:21-mc-00026 RSL<br><br>Related Case No. 2:19-cv-02746-DWL U.S. District Court, District of Arizona<br><br>**DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO HOSTFORWEB INC.**<br><br>NOTED ON MOTION CALENDAR: Friday, March 12, 2021 |

GoDaddy.com, LLC ("GoDaddy"), by and through its counsel, files this Motion, pursuant to Rules 37(a)(1) and 45(g) of the Federal Rules of Civil Procedure and LCR 37, to compel HostForWeb Inc. to fully and completely comply with the subpoena issued by GoDaddy in the United States District Court for the District of Arizona in connection with a litigation matter entitled *SiteLock, LLC v. GoDaddy.com, LLC* (Case No.: 2:19-cv-02746-DWL). GoDaddy effectuated service of this subpoena on HostForWeb Inc. on January 21, 2021, and to date, HostForWeb Inc. has neither served any objection to the subpoena, nor provided any response to the subpoena. For the reasons stated in the accompanying Memorandum of Law, along with the accompanying Declaration of Paula L. Zecchini and attached exhibits in support

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO HOSTFORWEB INC. - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1  thereof, GoDaddy respectfully requests that this Court grant its Motion and compel HostForWeb
2  Inc. to comply with the subpoena.
3  DATED: February 25, 2021                                COZEN O'CONNOR

By: _s/ Paula L. Zecchini_
By: _s/ Sydney R. Hitchcock_
Paula L. Zecchini, WSBA No. 48266
E-mail:   pzecchini@cozen.com
Nathan Dooley, *pro hac vice to follow*
E-mail:   ndooley@cozen.com
Sydney R. Hitchcock, WSBA No. 55426
E-mail:   sydneyhitchcock@cozen.com

999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

Attorneys for Defendant GoDaddy.com, LLC.

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION
AND MOTION TO COMPEL RESPONSE TO RULE 45
SUBPOENA DIRECTED TO HOSTFORWEB INC. - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document via electronic mail on February 25, 2021, and due to COVID-19 restrictions via overnight mail on February 26, 2021, to the following:

| | |
|---|---|
| Thomas A. Gilson<br>Beus Gilbert PLLC<br>701 N. 44th Street<br>Phoenix, Arizona 85008<br>(480) 429-3000<br>tgilson@beusgilbert.com<br><br>Counsel for Plaintiff | Kevin B. Huff<br>Thomas G. Schultz<br>Leslie V. Pope<br>Kellogg, Hansen, et al.<br>1615 M Street, N.W. Suite 400<br>Washington, DC 20036<br>(202) 326-7900<br>khuff@kellogghansen.com<br>tschultz@kellogghansen.com<br>lpope@kellogghansen.com |

I further certify that the foregoing documents have been sent out for personal service, and due to COVID-19 restrictions were also served via overnight mail on February 26, 2021, on the following:

HostForWeb Inc.
4020 Greenleaf Street
Skokie, IL 60076

DATED: February 25, 2021

COZEN O'CONNOR


By: _s/ Paula Zecchini_
        Paula Zecchini

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO HOSTFORWEB INC. - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000