# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re Rule 45 Subpoena Directed to HostforWeb Inc. <br><br> Underlying Action: <br> *Sitelock, LLC v. GoDaddy.com LLC*, Case No. C19-2746DWL (D. Ariz.). | Cause No. MC21-0026RSL <br><br> ORDER COMPELLING COMPLIANCE |

This matter comes before the Court on GoDaddy.com's motion to compel third-party HostforWeb Inc. to respond to a Rule 45 subpoena. Dkt. # 1. The motion is unopposed and, therefore, GRANTED. HostforWeb Inc. shall produce all documents in its possession, custody, and/or control responsive to the subpoena within fourteen days of the date of this Order.

Dated this 18th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER COMPELLING COMPLIANCE - 1